ACCEPTED
15-25-00013-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 9:32 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00013-CV

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 9:32:14 AM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, MIKE NOVAK, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TFC, AND ROLLAND NILES, IN HIS OFFICIAL CAPACITY AS DEPUTY EXECUTIVE COMMISSIONER FOR THE SYSTEM SUPPORT SERVICES DIVISION OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Appellants*,

v.

BROADMOOR AUSTIN ASSOCIATES,
a Texas joint venture,
*Appellee*.

On Appeal from Cause No. D-1-GN-23-007899
In the 455th Judicial District of Travis Count, Texas

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d),

Appellants, the State of Texas, the Texas Facilities Commission, the Texas

Health and Human Services Commission, Mike Novak, in his Official

1

capacity as Executive Director of the Texas Facilities Commission, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services division of the Texas Health and Human Services Commission ("Appellants") file this unopposed motion seeking a short one-week extension of time to file Appellants' Brief to March 17, 2025. In support of this motion, Appellants show the following:

1. Appellants filed an interlocutory appeal pursuant to Civil Practice and Remedies Code section 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction. Appellants' deadline to file Appellants' Brief is March 10, 2025.

2. This is the second request for an extension.

3. The motion is unopposed.

4. The following grounds provide good cause for extending the time to file Appellants' Brief. Petitioner's counsel received a short 5-day extension but was unfortunately out of the office between February 10-12 and 25-27, 2025 due to a medical condition and illnesses, including taking leave to take care of her minor children. Appellants' counsel has also been busy preparing for a March 4, 2025 deadline for Supplemental Briefing before this Court in No. 15-24-00057-CV, Tarleton State University v. Foundation for Individual Rights and Expression.

5.      This motion is not filed for the purpose of delay, nor will Appellee be harmed because Appellee is unopposed to this extension request.

## **Prayer**

For these reasons, Appellants respectfully request that the Court grant an extension of time of one-week to file Appellants' Brief to March 17, 2025.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
*Attorney in Charge*
Texas Bar No. 24122680
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(210) 270-1118 – Phone
(512) 320-0667 – Fax
alyssa.bixby-lawson@oag.texas.gov

***Counsel for Appellants***

## CERTIFICATE OF SERVICE

I certify that on March 6, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Jason R. LaFond
Sara Clark
Casey Dobson
Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
Phone (512) 495-6399 Fax
jlafond@scottdoug.com
sclark@scottdoug.com
cdobson@scottdoug.com

***Counsel for Appellee***


_____*/s/ Alyssa Bixby-Lawson*_____
**ALYSSA BIXBY-LAWSON**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Alyssa Bixby-Lawson on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
alyssa.bixby-lawson@oag.texas.gov
Envelope ID: 98131912
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File
Appellants' Brief
Status as of 3/6/2025 9:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 3/6/2025 9:32:14 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 3/6/2025 9:32:14 AM | SENT |
| Susie Smith | | ssmith@scottdoug.com | 3/6/2025 9:32:14 AM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 3/6/2025 9:32:14 AM | SENT |
| Kemp Kasling | | kkasling@kaslinglaw.com | 3/6/2025 9:32:14 AM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 3/6/2025 9:32:14 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/6/2025 9:32:14 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 3/6/2025 9:32:14 AM | SENT |

Associated Case Party: Broadmoor Austin Associates, a Texas Joint Venture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sara W.Clark | | sclark@scottdoug.com | 3/6/2025 9:32:14 AM | SENT |
| Casey Dobson | | cdobson@scottdoug.com | 3/6/2025 9:32:14 AM | SENT |